**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

WILLIAM THOMAS BURCHILL,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: ANN D. MONTGOMERY
U.S. District Judge

| | |
|---|---|
| Case No: | 01-372(ADM) |
| Date: | November 8, 2004 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:40 a.m. |
| Time Concluded: | 10:00 a.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Lyonel Norris

**PROCEEDINGS:**

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives an evidentiary hearing.

## ORDERED:

Defendant is sentenced to 5 months in the custody of the BOP with no period of supervision to follow.
Defendant shall be allowed to voluntarily surrender.

s/Gertie Simon

GERTIE SIMON
Courtroom Deputy