USM

RECEIVED

04 DEC 23 AM 11:05

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
Plaintiff

v.

Case Number 01-372(ADM) 2004 NOV 10 A 11:10

USM Number 10195-041
Social Security Number 9652
Date of Birth 1982

RECEIVED U.S. MARSHAL ST. PAUL MINN

WILLIAM THOMAS BURCHILL
Defendant

Lyonel Norris

Defendant's Attorney

DEC 22 9 46 AM '04

# JUDGMENT IN A CRIMINAL CASE
## (For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of conditions of his supervised release.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition no. 3 | Defendant was intoxicated in violation of the condition that he abstain from the use of alcohol. | October 4, 2004 |
| Special Condition no. 4 | Defendant was terminated from group counseling at Recovery Resource Center after reporting to group intoxicated. | October 4, 2004 |
| Special Condition | Defendant violated his condition of electronic monitoring by using alcohol. | October 4, 2004 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 8, 2004

s/ Ann D. Montgomery
United States District Judge

November 9,2004

A true printed copy in 2 sheet(s) of the electronic record filed on 11-9-04 in the United States District Court for the District of Minnesota.
CERTIFIED, 11-9, 2004.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 months. No period of supervised release shall follow.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed the judgment by:

________________________________________

________________________________________

________________________________________

________________________________________

Defendant ~~delivered~~ surr on 12-17-04 to Federal Prison Camp at Duluth, MN with a certified copy of this judgment.

David J. Ebbert, Acting Warden
~~UNITED STATES MARSHAL~~

By: P. Thy ISO
~~Deputy United States Marshal~~